**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01281-CR

**RODNEY CRAIG KORNEGAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 11CL-0501-2**

## ORDER

The State's October 23, 2013 motion for extension of time to file its brief is **GRANTED**.

The State's brief is deemed filed October 23, 2013.

/s/     MICHAEL J. O'NEILL
        JUSTICE